Jim Petro, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee.

THE STATE EX REL. LOCKHART, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Lockhart v. Indus. Comm.,*
99 Ohio St.3d 530, 2003-Ohio-4694.]

(No. 2003–0117—Submitted July 22, 2003—Decided September 17, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Law Office of Thomas Tootle and Thomas Tootle, for appellant.

Jim Petro, Attorney General, and Thomas L. Reitz, Assistant Attorney General, for appellee.